punishment for the offense. The appeal is here on the record, without a bill of exceptions. The proceedings of the trial court appear to be in all things regular, and the judgment of conviction will be affirmed.

Affirmed.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

(118 So. 920)

**FIDELITY UNION FIRE INSURANCE CO. OF DALLAS, TEX., v. J. L. McMATH.**
(4 Div. 390.)

Supreme Court of Alabama.   Nov. 1, 1928.

PER CURIAM.   Appeal dismissed by appellant.

(117 So. 923)

**J. B. GARNER v. SOUTHERN RY. CO.**
(6 Div. 154.)

Supreme Court of Alabama.   May 24, 1928.

PER CURIAM.   Appeal dismissed.

(118 So. 921)

**Ed HANNAH v. STATE.**   (7 Div. 833.)

Supreme Court of Alabama.   Oct. 4, 1928.

Frank B. Embry, of Pell City, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

GARDNER, J.   Petition of Ed Hannah for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hannah v. State, 22 Ala. App. 672, 118 So. 924.   Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

(119 So. 917)

**John R. HIGGINS et al. v. Jacob D. BLOCH et al.**   (1 Div. 413.)

Supreme Court of Alabama.   Jan. 17, 1929.

Smiths, Young & Johnston, of Mobile, for petitioners.

Gaillard, Mahorner & Gaillard, of Mobile, opposed.

PER CURIAM.   Overruled.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(118 So. 921)

**JEFFERSON STANDARD LIFE INS. CO. v. W. C. GEWIN.**   (6 Div. 223.)

Supreme Court of Alabama.   Dec. 8, 1928.

PER CURIAM.   Appeal dismissed by agreement.

(119 So. 918)

**J. M. LITTLE v. STATE ex rel. Z. McVAY.**
(6 Div. 188.)

Supreme Court of Alabama.   Jan. 24, 1929.

PER CURIAM.   Appeal dismissed.

(118 So. 921)

**LOUISVILLE LUMBER CO., etc., v. CENTRAL OF GEORGIA RY. CO.**
(4 Div. 361.)

Supreme Court of Alabama.   March 22, 1928.

Rehearing Denied Oct. 11, 1928.

Sollie & Sollie, of Ozark, for appellants.

G. L. Comer & Son, of Eufaula, for appellee.

ANDERSON, C. J., affirmed.

SAYRE, GARDNER, and BOULDIN, JJ., concur.

(118 So. 921)

**W. C. McCARTY v. John YARBROUGH.**
(6 Div. 197.)

Supreme Court of Alabama.   Nov. 29, 1928.

PER CURIAM.   Appeal dismissed.